UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____ -CV-_____
(Judge's Last Name/Magistrate's Last Name)

Estate of Cherish Pankey, by
the personal representative for the Estate,
Robbieal Terry-Brown
_____

　　　　Plaintiff (s)

Vs.

　　　Carnival Cruise Lines_____

Carnival Corporation &
plc, Carnival Corp

　　　Defendant(s).
_____/

FILED BY _____ D.C.

DEC 09 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Complaint**

I, Robbieal Terry-Brown, the personal representative for the Estate of Cherish Pankey, [plaintiff], in the above styled Cause, On December 9, 2021, Cherish Pankey, 25 years of age at the time, boarded "*Carnival's Miracle Cruise* Vessel" along with her boyfriend and his cousin on a three-day cruise to Ensenada, Mexico. It is alleged by other passengers on board the vessel, including the boyfriend's cousin, in addition to an elevator video where Cherish and her boyfriend can be seen arguing. An elevator video captured by the boyfriend's cousin showed that on December 10, 2021, Cherish was arguing with her boyfriend throughout various areas of the vessel and the comedy club. Without intervention from Carnival. This leads into the night, where she fights and struggles in her stateroom with her boyfriend before falling from her fifth-floor

stateroom balcony- the early morning of **December 11, 2021.** A fall that Carnival Cruise Lines had not captured nor was aware of. Coupled with the delay on the boyfriend's part to seek help. When Carnival became aware of such falling and started their search and checked the cameras to verify the fall, Carnival contacted the United States Coast Guard for search and rescue efforts. A thirty-minute window or more had passed, leading the United States Coast Guard on a frivolous search and rescue effort. I was informed that the video didn't show how she went over the balcony or how she landed, only the assumption after. Search and rescue attempts were exhausting, with no luck finding her.

_____

_____

_____

_____

Respectfully submitted,

Date:  December 8, 2022,

                                 Estate of Cherish Pankey, by
                                 the personal representative for the Estate.
                                 Robbieal Terry-Brown

                                          Name of Filer

_____

Attorney Bar Number *(if applicable)*

_____

Attorney E-mail Address *(if applicable)*

_____

Firm Name *(if applicable)*

(1" from top of page, and centered,
begin title of Court)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _____ – Civ (Judge's Last Name/Magistrate's Last Name)

(Full Name of Plaintiff/s), *Estate of Cherish Pankey, by the Personal Representative for the Estate.*

Plaintiff (s)

vs.

(Full Name of Defendant/s), *Carnival Cruise Lines, Carnival Corporation & plc / Carnival Corp*

Defendant(s).

## COMPLAINT for the Estate.

I, *Rodneal Terry-Brown*, plaintiff, in the above styled cause, sue defendant(s): *Carnival Cruise Lines, Carnival Corporation & plc, Carnival Corp.*

This action is filed under (indicate under which federal law or section of the U.S. Constitution this action is being filed): *46 U.S.C. §§ 30301-30308, Death on the High Seas Act.*

Dated: Month, day, year
*12/9/2022*

Respectfully submitted,
*Estate of Cherish Pankey, by the Personal Representative for the Estate*
Name of Filer
Attorney Bar Number (if aplicable)
Attorney E-mail Address (if applicable)
Firm Name (if applicable)
Street Address
City, State, Zip Code
Telephone: (xxx)xxx–xxxx
Attorneys for Plaintiff/Defendant [Party Name(s)]
(if applicable)

**SERVICE LIST**

Estate of Cherish Vanley by the Personal
Representative of the Estate
Robbien
_____          _____
Party or Attorney Name                    Party or Attorney Name

elly=
Blown
_____          _____
Attorney E–mail Address *(if applicable)*  Attorney E–mail Address *(if applicable)*

_____          _____
Firm Name *(if applicable)*                Firm Name *(if applicable)*

_____          _____
Street Address                            Street Address

Detroit, MS.
_____          _____
City, State, Zip Code                     City, State, Zip Code

Telephone: (313) 753-5414                 Telephone: _____

Facsimile: _____        Facsimile: _____

_____          _____
Attorneys for (Plaintiff)/Defendant       Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*       *[Party's Name(s)] (if applicable)*

## Certificate of Service*

**I hereby certify** that a true and correct copy of the foregoing was served by [specify US mail] method of service] on [date] on all counsel or parties of record on the Service List below.

12/10/2022

_____
Signature of Filer

*: a Certificate of Service is only required if filed conventionally (not through CM/ECF). see Section 3K(4), CM/ECF NextGen Administrative Procedures.

12/9/2022
Dated: Month, day, year

Respectfully submitted,

Estate of Cherish Pawkey
by Robbin Terry-Brown
Name of Filer: Personal Representative for Late Estate.

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

_____
Street Address

_____
City, State, Zip Code

Telephone: _____

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by US Mail [specify method of service] on 12/10/2022 [date] on all counsel or parties of record on the Service List below.

_____
Signature of Filer